**FILED**
June 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>v.                            )<br>                              )<br>CHARLES MANESS,               )<br>                              )<br>            Defendant.        )<br>_____ | Case No. 2:10-cr-223 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Charles Maness</u>; Case <u>2:10-cr-223 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _\_\_    Release on Personal Recognizance

    _\_\_    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $75,000 cosigned by defendant's girlfriend, Shasta Hague.

    _\_\_    Appearance Bond with 10% Deposit

    _\_\_    Appearance Bond secured by Real Property

    _\_\_    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/15/2010</u>    at   2:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge