IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>CHARLES ROBERT MANESS, et al., )<br>Defendant. )<br>) | Case No. 2:10-CR-10-00223 JAM<br><br>ORDER ADDING SPECIAL<br>CONDITION OF RELEASE |

_____

      Based on the stipulation by and between Assistant U.S. Attorney Philip A. Ferrari, Esq., attorney for the United States and Donald H. Heller, Esq., attorney for the defendant Charles Robert Maness, which was based on the recommendation of U.S. Pretrial Services Officer Renee Basurto, the following additional condition of release is added to the 11 ordered conditions of release of the defendant Charles Robert Maness:

      12) You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

      It is so ordered.

Dated: April 12, 2011                                        /s/ John A. Mendez_____
                                                                                  John A. Mendez
                                                                                  United States District Judge