```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    TODD A. PICKLES
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. No. S 10-223 JAM
                                 )
12               Plaintiff,      )   STIPULATION RESCHEDULING
                                 )   HEARINGS ON JUDGMENT AND
13         v.                    )   SENTENCE; ORDER
                                 )
14  ROBERT MANESS,               )
    DANIEL HARRISON, and         )
15  TRACY PAINTER,               )   Date: August 20, 2013
                                 )   Time: 9:45 a.m.
16               Defendants.     )   Hon.  John A. Mendez
    _____)
17
```

It is hereby stipulated by and between the United States of America through its attorneys, and defendants Robert Maness, Daniel Harrison, and Tracy Painter and their attorneys, that the hearings on Judgment and Sentence, currently set for May 21, 2013, June 4, 2013, and May 28, 2013, respectively, be VACATED, and that hearings on Judgment and Sentence for all three defendants be set for August 20, 2013 at 9:45 a.m.  Each of these defendants is still engaged in fulfilling obligations undertaken as part of their plea agreements. Further, the parties suggest the following schedule be implemented with respect to sentencing:

-1-

```
Hearing on Judgment and Sentence:      August 20, 2013
Formal Objections To PSR:              August 13, 2013
Final PSR Issued:                      July 30, 2013
Informal Objections to Draft PSR:      July 23, 2013
```

DATED: April 26, 2013          /s/ Philip Ferrari for
                               DON HELLER, ESQ.
                               Attny. for Robert Maness


DATED: April 26, 2013          /s/ Philip Ferrari for
                               CHRIS HAYDN-MYER, ESQ.
                               Attny. for Daniel Harrison


DATED: April 26, 2013          /s/ Philip Ferrari for
                               JAN KAROWSKY, ESQ.
                               Attny. for Tracy Painter


DATED: April 26, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                           By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-0223 JAM |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SENTENCING |
| | ) | SCHEDULE |
| v. | ) | |
| | ) | |
| ROBERT MANESS, | ) | |
| DANIEL HARRISON, and | ) | |
| TRACY PAINTER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the request of the parties, the hearings on judgment and sentence currently set for defendants Robert Maness (May 21) Daniel Harrison (June 4) and Tracy Painter (May 28), are hereby VACATED.  The hearings on judgment and sentence for all three shall occur on August 20, 2013, at 9:45 am, and the parties shall adhere to the following schedule:

| | |
|---|---|
| Hearing on Judgment and Sentence: | August 20, 2013 |
| Formal Objections To PSR: | August 13, 2013 |
| Final PSR Issued: | July 30, 2013 |
| Informal Objections to Draft PSR: | July 23, 2013 |

**IT IS SO ORDERED.**

DATED: April 26, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-3-